# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26-3196 _____

2. Case Caption (Short Title): KalshiEX LLC v. Matthew Schuler, et al _____

   *(time)*                    *(day, date)*
3. Argument is scheduled for 9:00 a.m. _____ on Thursday, July 30, 2026 _____ and will be held:

   ☑ Live (In Person)          ☐ by Video          ☐ by Telephone

4. I, Mathura J. Sridharan _____, will be presenting argument on behalf of:

   ☐ Appellant / Petitioner    ☐ Amicus Curiae     ☐ Other (please specify below):

   ☑ Appellee / Respondent     ☐ Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   | Director of the Ohio Casino Control Commission Andromeda Morrison (formerly Matthew T. Schuler), Thomas J. Stickrath, Sheetal Bajoria, Scott P. Borgemenke, Keith Cheney, Penelope Cunningham, Christopher Smitherman, Triffon Callos, Ohio Casino Control Commission, Ohio Attorney General Andy Wilson (formerly Dave Yost) |
   |---|

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____

   B. Total number of minutes (in whole minutes only) to be shared: _____

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and
filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of
record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*