# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26 3196 _____

2. Case Caption (Short Title): KalshiEX LLC v. Matthew Schuler _____

*(time)*            *(day, date)*

3. Argument is scheduled for 9am ET on July 30, 2026 _____ and will be held:

   [✔] Live (In Person)          [ ] by Video          [ ] by Telephone

4. I, William E. Havemann _____, will be presenting argument on behalf of:

   [✔] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):

   [ ] Appellee / Respondent      [ ] Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   | KalshiEX LLC |
   | --- |

6. Minutes reserved for rebuttal (appellant / petitioner only): 5 _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____

   B. Total number of minutes (in whole minutes only) to be shared: _____

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*