Case No. 26-3196

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

KALSHIEX LLC

      Plaintiff - Appellant

v.

MATTHEW T. SCHULER; THOMAS J. STICKRATH; SHEETAL BAJORIA; SCOTT P. BORGEMENKE; KEITH CHENEY; PENELOPE R. CUNNINGHAM; CHRISTOPHER SMITHERMAN; TRIFFON CALLOS; OHIO CASINO CONTROL COMMISSION; DAVE YOST, Ohio Attorney General

      Defendants - Appellees

    Upon consideration of the motion for United States Commodity Futures Trading Commission requesting leave for an Amicus to appear at oral argument,

    It is **ORDERED** that the motion is **DENIED**.

.

        **ENTERED BY ORDER OF THE COURT**
        Kelly L. Stephens, Clerk

Issued: June 15, 2026