Case No. 26-3196/26-5235

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

KALSHIEX LLC

       Plaintiff - Appellant [26-3196]
       Plaintiff – Appellee [26-5235]

v.

MATTHEW T. SCHULER; THOMAS J. STICKRATH; SHEETAL BAJORIA; SCOTT P. BORGEMENKE; KEITH CHENEY; PENELOPE R. CUNNINGHAM; CHRISTOPHER SMITHERMAN; TRIFFON CALLOS; OHIO CASINO CONTROL COMMISSION; DAVE YOST, Ohio Attorney General

       Defendants – Appellees [26-3196]

WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the Executive Director of the Tennessee Sports Wagering Council; JONATHAN THOMAS SKRMETTI, in his official capacity as Attorney General of Tennessee

       Defendants – Appellants [26-5235]

   The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

  It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above. Tennessee Sports Wagering Council is not a party to the appeal and has been terminated in Case No. 26-5235. Going forward, the parties should use the amended caption as reflected in this order.

                       **ENTERED PURSUANT TO RULE 45(a),**
                       **RULES OF THE SIXTH CIRCUIT**
                       Kelly L. Stephens, Clerk

Issued: June 17, 2026