**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Kelly L. Stephens       POTTER STEWART U.S. COURTHOUSE       Tel. (513) 564-7000
Clerk       CINCINNATI, OHIO 45202-3988       www.ca6.uscourts.gov

Filed:  June 17, 2026

Mr. William Ernest Havemann       Mr. Aaron Lev Bernard
Milbank       Office of the Attorney General Of Tennessee
1101 New York Avenue, N.W.       P.O. Box 20207
Washington, DC 20005       Nashville, TN 37202-0207

Mr. Neal Kumar Katyal       Ms. Mathura Jaya Sridharan
Milbank       Office of the Attorney General of Ohio
1101 New York Avenue, N.W.       30 E. Broad Street, 17th Floor
Washington, DC 20005       Columbus, OH 43215

    Re:  Case Nos. 26-3196/26-5235
       *KalshiEX LLC v. Matthew Schuler, et al.; KalshiEX LLC v. William Orgel, et al.*
       Originating Case Nos. 2:25-cv-01165 ; 3:26-cv-00034

Dear Counsel:

   The above matters were originally scheduled to be argued separately on **Thursday, July 30, 2026 at 9:00 a.m. (Eastern Time).**  Per direction from the Panel, the two cases are now consolidated and will be heard together.  The time and date of oral argument ***has not changed***.

   **The new time allotment for oral argument has been corrected to 15 minutes for plaintiff; 15 minutes to be shared by defendants**.

   Please do not hesitate to contact our office if you have any questions.

       Sincerely yours,

       s/Robin L. Johnson
       Calendar Deputy

cc: Mr. Rajeev Kumar Adlakha
   Mr. Walker Anderson
   Ms. Elizabeth Bower
   Mr. Jens Wesley Camp
   Mr. Davis Benjamin Campbell
   Mr. Robert E. Cooper Jr.

Mr. Scott Crowell
Mr. Henry Dickman
Mr. Dominick V. Freda
Mr. Matthew James Glover
Mr. Michael Hoenig
Ms. Alexandra Katherine Holden
Ms. Alyssa Howard
Mr. Michael Jason Hunter
Ms. Samantha Kinsella Ilagan
Mr. Matthew Jalandoni
Mr. Zachery P. Keller
Mr. John F. Kerkhoff
Mr. Kevin F. King
Mr. Mark Kittel
Mr. Britt King Latham
Mr. Grant R. Mainland
Mr. Renato Mariotti
Mr. Martin Jordan Minot
Mr. Bryan Newland
Mr. Andrew Leighton Porter
Mr. Stanford Edward Purser
Ms. Colleen E. Roh Sinzdak
Mr. Joshua Brooks Sterling
Ms. Heidi Parry Stern
Ms. Anne Stukes
Ms. Nicole Valente
Mr. Joseph H. Webster
Mr. Michael Nelson Wennerlund