# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __26-5235__

2. Case Caption (Short Title): __KalshiEX LLC v. William Orgel, et al.__

   *(time)*                    *(day, date)*

3. Argument is scheduled for __9:00am__ on __Thursday, July 30, 2026__ and will be held:

   ✔ Live (In Person)          ☐ by Video          ☐ by Telephone

4. I, __Aaron L. Bernard__, will be presenting argument on behalf of:

   ✔ Appellant / Petitioner     ☐ Amicus Curiae     ☐ Other (please specify below):

   ☐ Appellee / Respondent      ☐ Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   | WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the Executive Director of the Tennessee Sports Wagering Council; JONATHAN THOMAS SKRMETTI, in his official capacity as Attorney General of Tennessee |
   |---|

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: __2__

   B. Total number of minutes (in whole minutes only) to be shared: __15__

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): __2nd__

   D. Your assigned minutes (in whole minutes only): __7__

   **If you have not previously registered as an ECF filer and
   filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

   | CERTIFICATE OF SERVICE |
   |---|
   | I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system. |

*Updated 4/3/24*