

## Milbank

**WILL HAVEMANN**
*Partner*
1101 New York Ave., N.W.  |  Washington, DC 20005
T: +1 (202) 835-7518
whavemann@milbank.com  |  milbank.com

June 25, 2026

**By Electronic Filing**
Kelly L. Stephens
Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

> **Re:**    ***KalshiEX LLC v. Schuler*, No. 26-3196 (6th Cir.);**
> ***KalshiEX LLC v. Orgel*, No. 26-5235 (6th Cir.)**

Dear Ms. Stephens:

KalshiEX LLC ("Kalshi") writes concerning the recent motion of Robinhood Derivatives, LLC ("Robinhood") to consolidate its recent appeal with the above-captioned appeals. *See* Motion to Expedite and Consolidate Appeal, *Robinhood Derivatives, LLC v. Nessel*, No. 26-1542 (6th Cir. June 23, 2026), Dkt. 3 ("Mot."). Robinhood did not seek Kalshi's position before filing that motion. Kalshi respectfully opposes any consolidation that would delay this Court's consideration of these consolidated appeals or diminish Kalshi's argument time.

Delaying oral argument to accommodate consolidation would irreparably harm Kalshi. Defendants in *Schuler* have initiated a state enforcement proceeding against Kalshi for offering event contracts. Absent prompt relief, those proceedings threaten to subject Kalshi to millions of dollars in liability and other harms. Granting Robinhood's proposal to delay argument in Kalshi's appeals to "a future sitting," Mot. 8, would therefore significantly prejudice Kalshi. It would also conflict with this Court's orders requiring these appeals to "be submitted to the court as soon as is practicable," *Orgel* Order, Dkt. 22-2, and forbidding extensions "absent extraordinary circumstances," *Schuler* Order at 16, Dkt. 26-2. Kalshi would likewise be prejudiced by any reduction in its oral argument time in this complex appeal.

Respectfully submitted,

/s/ William E. Havemann
William E. Havemann

*Counsel for KalshiEX LLC*

cc:    All Counsel (via ECF)
Counsel of Record in No. 26-1542 (via email)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO