**636 - 6th Floor East Courtroom, 9:00 A.M.**                    **Thursday, July 30, 2026**

## Clay, Gibbons, Bloomekatz

**26-3196    KalshiEX LLC v. Matthew Schuler, et al.**
**26-5235  KalshiEX LLC v. William Orgel, et al.**

KalshiEX LLC                                                ret      William Ernest Havemann
                                                                   *5 Minutes Rebuttal*

   **Plaintiff – Appellant [26-3196]**
   **Plaintiff – Appellee [26-5235]**

                                  **V.**

Matthew T. Schuler, et al.                                 ret      Mathura Jaya Sridharan
                                                                   *Arguing 1st – 8 Minutes*

   **Defendants – Appellees [26-3196]**

William Orgel, et al.                                       ret      Aaron Lev Bernard
                                                                   *Arguing 2nd – 7 Minutes*

   **Defendants – Appellants [26-5235]**

*Beverly Harris, Courtroom Deputy*

In these consolidated matters, the State of Ohio appeals a preliminary injunction enjoining it from enforcing its sports-betting laws prohibiting plaintiff from listing sports-related event contracts on its online prediction market and plaintiff appeals the denial of a preliminary injunction seeking to enjoin enforcement of the State of Tennessee's sports-betting laws against it.   (15 Minutes for Plaintiff; 15 Minutes to be Shared by Defendants)