UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 26-3196/5235

FILED
Sep 25, 2026
KELLY L. STEPHENS, Clerk

KALSHIEX LLC,

Plaintiff - Appellant (26-3196),
Plaintiff - Appellee (26-5235),

v.

MATTHEW T. SCHULER; THOMAS J. STICKRATH; SHEETAL BAJORIA; SCOTT P. BORGEMENKE; KEITH CHENEY; PENELOPE R. CUNNINGHAM; CHRISTOPHER SMITHERMAN; TRIFFON CALLOS; OHIO CASINO CONTROL COMMISSION; DAVE YOST, Ohio Attorney General,

Defendants - Appellees (26-3196),

WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the Executive Director of the Tennessee Sports Wagering Council; JONATHAN THOMAS SKRMETTI, in his official capacity as Attorney General of Tennessee (26-5235),

Defendants - Appellants (26-5235).

Before: CLAY, GIBBONS, and BLOOMEKATZ, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Courts for the
Southern District of Ohio at Columbus and the Middle District of Tennessee at Nashville.

THESE CASES were heard on the record from the district courts and were argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the Southern District of Ohio's denial of a preliminary injunction is AFFIRMED and the Middle District of Tennessee's entry of a preliminary injunction is VACATED and REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens

Kelly L. Stephens, Clerk