**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 28, 2026

Mr. Aaron Lev Bernard
Office of the Attorney General
Of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ms. Mathura Jaya Sridharan
Office of the Attorney General
of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215

Re: Case No. 26-3196/26-5235
*KalshiEX LLC v. Matthew Schuler, et al*
Originating Case No. 2:25-cv-01165

Dear Counsel,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be received in the clerk's office not later than the close of business on **November 12, 2026**.

Please note that no extensions will be granted.

Sincerely yours,

s/Robin L. Baker
En Banc Coordinator
Direct Dial No. 513-564-7014

cc: Mr. Rajeev Kumar Adlakha
Ms. Elizabeth Bower
Mr. Jens Wesley Camp
Mr. Davis Benjamin Campbell
Mr. Robert E. Cooper Jr.

Mr. Scott Crowell
Mr. Henry Dickman
Mr. Dominick V. Freda
Mr. Matthew James Glover
Mr. William Ernest Havemann
Mr. Michael Hoenig
Ms. Alexandra Katherine Holden
Ms. Alyssa Howard
Mr. Michael Jason Hunter
Ms. Samantha Kinsella Ilagan
Mr. Matthew Jalandoni
Mr. Neal Kumar Katyal
Mr. Zachery Paul Keller
Mr. John F. Kerkhoff
Mr. Kevin F. King
Mr. Mark Kittel
Mr. Britt King Latham
Mr. Steven Paul Lehotsky
Mr. Grant R. Mainland
Mr. Renato Mariotti
Mr. Martin Jordan Minot
Mr. Bryan Newland
Mr. Andrew Leighton Porter
Ms. Elizabeth Barchas Prelogar
Mr. Stanford Edward Purser
Ms. Colleen E. Roh Sinzdak
Mr. Joshua Brooks Sterling
Ms. Heidi Parry Stern
Ms. Anne Stukes
Ms. Nicole Valente
Mr. Joseph H. Webster
Mr. Andrew Joseph Weisberg
Mr. Michael Nelson Wennerlund