**No. 26-3196**
**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| KALSHIEX, LLC, | : | |
| Plaintiff-Appellant, | : | On Appeal from the |
| | : | United States District Court |
| v. | : | for the Southern District of Ohio |
| | : | |
| MATTHEW T. SCHULER, et al., | : | District Court Case No. |
| Defendants-Appellees. | : | 2:25-cv-1165 |
| | : | |

---

# NOTICE OF WITHDRAWAL OF ZACHERY P. KELLER AS COUNSEL

---


DAVE YOST
Attorney General of Ohio

MATHURA J. SRIDHARAN*
Ohio Solicitor General
**Counsel of Record*
JOHN F. KERKHOFF
Chief Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Appellees*
*Matthew Schuler, et al.*

## NOTICE OF WITHDRAWAL

Notice is hereby given that Appellees respectfully withdraw Zachery P. Keller as counsel. Mr. Keller has left the Office of the Ohio Attorney General. All other previously listed counsel shall remain.

Respectfully submitted,


DAVE YOST
Attorney General of Ohio

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN*
Ohio Solicitor General
  **Counsel of Record*
JOHN F. KERKHOFF
Chief Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Appellees*
  *Matthew Schuler, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN